[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————

No. 15-14112
Non-Argument Calendar

————————————

D.C. Docket No. 1:14-cr-20345-FAM-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILMER GODOY,

Defendant-Appellant.

————————————

Appeal from the United States District Court
for the Southern District of Florida

————————————

(May 1, 2017)

Before WILLIAM PRYOR, JORDAN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Thomas John Butler, appointed counsel for Wilmer Godoy in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of Godoy's appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Godoy's convictions and sentences are **AFFIRMED.**